UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

REGINALD MITCHELL

CIVIL ACTION

VERSUS

19-398-SDD-RLB

HOOPER, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 12, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] is hereby GRANTED and the Plaintiff's claim is hereby DISMISSED, without prejudice, for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims and, therefore, this action is hereby dismissed.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana the 9th day of January, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 12.
[3] Rec. Doc. 9.